UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __19-10016-MBK__ |
| Willie Mae Armstrong | Chapter: __13__ |
| | Judge: __Kaplan__ |

### NOTICE OF PROPOSED PRIVATE SALE

__Willie Mae Armstrong__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __October 9, 2019__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  12 Hearthstone Boulevard, Pemberton, NJ 08068

Proposed Purchaser:  Michael F. Avale and Lynann Essex-Avale, arms length purchasers

Sale price:  $235,000 Debtor shall have authority to reduce price by up to $5,000 without seeking further court approval.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | REALTOR:  BHHS - Fox & Roach, Realtors  (Kate Warne) |
| Amount to be paid: | $14,475 (6% + $375) |
| Services rendered: | Marketed property for sale and obtained purchaser.  Assisted seller throughout sales process. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Daniel L. Reinganum, Esq.

Address: McDowell Law, PC 46 W. Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544 / DanielR@mcdowelllegal.com

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 19-10016-MBK
Willie Mae Armstrong                                            Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2         Date Rcvd: Sep 12, 2019
                              Form ID: pdf905             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Willie Mae Armstrong,    12 Hearthstone Boulevard,    Pemberton, NJ 08068-1561
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
r              +Kate Bernetich Warne,    BHHS-Fox& Roach Realtors,    701 Route 73 South, Suite 100,
                 Marlton, NJ 08053-4144
517948938      +Aes/njhighed,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
517948939     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517948940      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,   Wilmington, DE 19899-8801
518198360       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
518198361       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,   PO BOX 16408,
                 ST. PAUL, MN 55116-0408
517948946      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517948947      +Experian,   PO Box 4500,    Allen, TX 75013-1311
517948948     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    Nat'l Bankruptcy Service Center,    PO Box 62180,
                 Colorado Springs, CO 80962)
518336079      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518336080      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450,   LoanCare, LLC.,    P.O. Box 8068,
                 Virginia Beach VA 23450-8068
517992842      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517948951      +State of New Jersey Division of Taxation,    PO Box 046,   Trenton, NJ 08601-0046
517948956      +TransUnion,   PO Box 2000,    Chester, PA 19016-2000
518101237      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517948957      +Volvo Car Financial Sv,    1 Volvo Dr,   Rockleigh, NJ 07647-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 23:36:40      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 23:36:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517948937      +E-mail/Text: mary.stewart@abcofcu.org Sep 12 2019 23:37:13      ABCO FCU,    Attn: Bankruptcy,
                 Po Box 247,   Rancocas, NJ 08073-0247
517948941      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 23:36:20      Comenity Bank/Carsons,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517948942      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 23:36:20      Comenity Bank/Roamans,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517948943       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 23:36:21      Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,   Columbus, OH 43218
517948944      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2019 23:36:21      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517948945      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2019 23:36:17      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
518101187       E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2019 23:36:17      Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517948949      +E-mail/Text: cio.bncmail@irs.gov Sep 12 2019 23:36:05      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
518067932       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2019 23:34:05      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517948950      +E-mail/Text: bk@lendingclub.com Sep 12 2019 23:37:05      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518048176       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 23:33:56
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
518060331       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 23:32:19
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,    Norfolk VA 23541
518048199       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 23:32:19
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,   POB 41067,    Norfolk VA 23541
518048267       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 23:32:18
                 Portfolio Recovery Associates, LLC,    c/o Paypal Extras Mastercard,    POB 41067,
                 Norfolk VA 23541
518064920       E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2019 23:36:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518064922       E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2019 23:36:31
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
517951168      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:32:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517948952      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:33:43      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 12, 2019
                              Form ID: pdf905          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517948953        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:32:08      Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517948954        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 23:32:52      Synchrony Bank/Gap,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517948955         E-mail/Text: bankruptcy@td.com Sep 12 2019 23:36:43     TD Bank, N.A.,    32 Chestnut Street,
                  Po Box 1377,    Lewiston, ME 04243
517973922        +E-mail/Text: BKRMailOps@weltman.com Sep 12 2019 23:36:46
                  Volvo Car Financial Services US, LLC,    c/o Weltman, Weinberg & Reis Co LPA,
                  323 W. Lakeside Ave Suite 200,    Cleveland OH 44113-1009
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518453419*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                  Detroit, MI 48255-0953)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Daniel L Reinganum    on behalf of Debtor Willie Mae Armstrong DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    LoanCare, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LoanCare, LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```