Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–10016–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Willie Mae Armstrong
aka Willie M Armstrong, aka Willie Maye Armstrong
12 Hearthstone Boulevard
Pemberton, NJ 08068

Social Security No.:
xxx–xx–3951

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     1/8/20
Time:     02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney,

COMMISSION OR FEES
fee: $1,947.75

EXPENSES
expenses: $52.25

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 20, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 19-10016-MBK
   Willie Mae Armstrong                                                    Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Nov 20, 2019
                               Form ID: 137                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db             +Willie Mae Armstrong,    12 Hearthstone Boulevard,    Pemberton, NJ 08068-1561
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
r              +Kate Bernetich Warne,    BHHS-Fox& Roach Realtors,    701 Route 73 South, Suite 100,
                 Marlton, NJ 08053-4144
517948938      +Aes/njhighed,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
517948939     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517948940      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518198360       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
518198361       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,   PO BOX 16408,
                 ST. PAUL, MN 55116-0408
517948946      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517948947      +Experian,    PO Box 4500,   Allen, TX 75013-1311
517948948     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit,    Nat'l Bankruptcy Service Center,    PO Box 62180,
                 Colorado Springs, CO 80962)
518336079      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518336080      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450,    LoanCare, LLC.,    P.O. Box 8068,
                 Virginia Beach VA 23450-8068
517992842      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517948951      +State of New Jersey Division of Taxation,     PO Box 046,   Trenton, NJ 08601-0046
517948956      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518101237      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517948957      +Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517948937      +E-mail/Text: mary.stewart@abcofcu.org Nov 21 2019 00:53:22       ABCO FCU,    Attn: Bankruptcy,
                 Po Box 247,    Rancocas, NJ 08073-0247
517948941      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 00:52:13        Comenity Bank/Carsons,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517948942      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 00:52:13        Comenity Bank/Roamans,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517948943       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 00:52:13        Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
517948944      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2019 00:52:14        Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517948945      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 00:52:11       Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
518101187       E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 00:52:11       Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517948949      +E-mail/Text: cio.bncmail@irs.gov Nov 21 2019 00:51:53       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518067932       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 01:03:35       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517948950      +E-mail/Text: bk@lendingclub.com Nov 21 2019 00:53:11       LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518048176       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 01:03:26
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
518060331       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 01:15:35
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518048199       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 01:04:35
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
518048267       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 01:03:26
                 Portfolio Recovery Associates, LLC,    c/o Paypal Extras Mastercard,    POB 41067,
                 Norfolk VA 23541
518064920       E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2019 00:52:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA   98083-0788
518064922       E-mail/Text: bnc-quantum@quantum3group.com Nov 21 2019 00:52:30
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
517951168      +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 01:03:08       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517948952      +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 01:03:07       Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Nov 20, 2019
                              Form ID: 137             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517948953        +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 01:03:07       Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517948954        +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 01:04:13       Synchrony Bank/Gap,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517948955         E-mail/Text: bankruptcy@td.com Nov 21 2019 00:52:47      TD Bank, N.A.,    32 Chestnut Street,
                  Po Box 1377,    Lewiston, ME 04243
517973922        +E-mail/Text: BKRMailOps@weltman.com Nov 21 2019 00:52:51
                  Volvo Car Financial Services US, LLC,    c/o Weltman, Weinberg & Reis Co LPA,
                  323 W. Lakeside Ave Suite 200,    Cleveland OH 44113-1009
                                                                                              TOTAL: 24

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518453419*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Towd Point Master Funding  Trust 2018-PM27 , U.S.
               bank national Association, as Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel L Reinganum    on behalf of Debtor Willie Mae Armstrong DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    LoanCare, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LoanCare, LLC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding  Trust 2018-PM27 , U.S.
               bank national Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```