UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
DanielR@McDowellLegal.com

Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Willie Mae Armstrong,

      Debtor.

Case No.:  19-10016-MBK

Chapter:  13

Judge:  Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

 The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____1,947.75_____ for services rendered and expenses in the amount of $_____52.25_____ for a total of $_____2,000.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Willie Mae Armstrong  
    Debtor

Case No. 19-10016-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          +Willie Mae Armstrong,    301 Kramer Court,    Florence, NJ 08518-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

            Albert    Russo    docs@russotrustee.com  
            Brian C. Nicholas    on behalf of Creditor    Towd Point Master Funding  Trust 2018-PM27 , U.S.  bank national Association, as Trustee bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Daniel L Reinganum    on behalf of Debtor Willie Mae Armstrong DanielR@McDowellLegal.com,  tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com  
            Denise E. Carlon    on behalf of Creditor    LoanCare, LLC. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB  EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
            Kevin Gordon McDonald    on behalf of Creditor    LoanCare, LLC. kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
            Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding  Trust 2018-PM27 , U.S.  bank national Association, as Trustee rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 10