| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Willie Mae Armstrong | Social Security number or ITIN: | xxx–xx–3951 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    1/2/19 |
| Case number: | 19–10016–KCF | Date case converted to chapter: | 7    2/19/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Willie Mae Armstrong | |
| 2. | **All other names used in the last 8 years** | aka Willie M Armstrong, aka Willie Maye Armstrong | |
| 3. | **Address** | 301 Kramer Court<br>Florence, NJ 08510 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel L Reinganum<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Contact phone 856–482–5544<br>Email: DanielR@McDowellLegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

Debtor **Willie Mae Armstrong**  Case number **19–10016–KCF**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 609–858–9333 <br><br> Date: 2/20/20 |
| **7. Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 18, 2020 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 5/18/20** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 19-10016-KCF
Willie Mae Armstrong                                                Chapter 7
        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                Page 1 of 2          Date Rcvd: Feb 20, 2020
                               Form ID: 309A              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             +Willie Mae Armstrong,    301 Kramer Court,    Florence, NJ 08518-4036
517948938      +Aes/njhighed,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517948946      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517948947      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518336079      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518336080      +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450,    LoanCare, LLC.,    P.O. Box 8068,
                 Virginia Beach VA 23450-8068
517992842      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517948951      +State of New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517948956      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518101237      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517948957      +Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: DanielR@McDowellLegal.com Feb 21 2020 01:47:07      Daniel L Reinganum,
                 McDowell Law, PC,    46 West Main Street,    Maple Shade, NJ   08052
tr             +EDI: BADOBIN.COM Feb 21 2020 06:04:00      Andrea Dobin,    McManimon, Scotland & Baumann, LLC,
                 427 Riverview Plaza,    Trenton, NJ 08611-3420
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517948937      +E-mail/Text: mary.stewart@abcofcu.org Feb 21 2020 01:49:08      ABCO FCU,    Attn: Bankruptcy,
                 Po Box 247,    Rancocas, NJ 08073-0247
517948939       EDI: BANKAMER.COM Feb 21 2020 06:03:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517948940      +EDI: TSYS2.COM Feb 21 2020 06:03:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517948941      +EDI: WFNNB.COM Feb 21 2020 06:03:00      Comenity Bank/Carsons,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517948942      +EDI: WFNNB.COM Feb 21 2020 06:03:00      Comenity Bank/Roamans,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517948943       EDI: WFNNB.COM Feb 21 2020 06:03:00      Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
517948944      +EDI: WFNNB.COM Feb 21 2020 06:03:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517948945      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 21 2020 01:47:57      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
518101187       E-mail/Text: bankruptcy.bnc@ditech.com Feb 21 2020 01:47:57      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
518198360       EDI: ECMC.COM Feb 21 2020 06:03:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
518198361       EDI: ECMC.COM Feb 21 2020 06:03:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
517948948       EDI: FORD.COM Feb 21 2020 06:03:00      Ford Motor Credit,    Nat'l Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO 80962
518453419       EDI: FORD.COM Feb 21 2020 06:03:00      Ford Motor Credit Company LLC,    Dept. 55953,
                 PO Box 55000,    Detroit, MI 48255-0953
517948949      +EDI: IRS.COM Feb 21 2020 06:03:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518067932       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:54:29      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517948950      +E-mail/Text: bk@lendingclub.com Feb 21 2020 01:48:55      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
518048176       EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
518060331       EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
518048199       EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
518048267       EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,
                 c/o Paypal Extras Mastercard,    POB 41067,    Norfolk VA 23541
518064920       EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
518064922       EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517951168      +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517948952      +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517948953      +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2020
                              Form ID: 309A            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517948954      +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank/Gap,   Attn:  Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
517948955       EDI: TDBANKNORTH.COM Feb 21 2020 06:03:00      TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
517973922      +E-mail/Text: BKRMailOps@weltman.com Feb 21 2020 01:48:28
                 Volvo Car Financial Services US, LLC,   c/o Weltman, Weinberg & Reis Co LPA,
                 323 W. Lakeside Ave Suite 200,   Cleveland OH 44113-1009
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0